# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| KIMBERLY STOKES, on behalf of herself and other persons similarly situated, known and unknown, | ) ) ) ) Case No 1:15-cv-01932-RLY-DKL |
| Plaintiff, | ) ) Judge Young ) |
| v. | ) Magistrate Judge LaRue ) |
| CONSOLIDATED WINGS INVESTMENT, LLC, d/b/a Buffalo Wild Wings, | ) ) ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Notice is hereby given that the Parties have reached an agreement in principle to resolve Plaintiff's Fair Labor Standards Act collective action claims. The Parties intend to seek court approval of their proposed settlement.

DATED: February 6, 2017

| KIMBERLY STOKES, ON BEHALF OF HERSELF AND OTHERS SIMILARLY SITUATED | CONSOLIDATED WINGS INVESTMENT, LLC |
|---|---|
| By: s/Douglas M. Werman<br>   One of Plaintiff's Attorneys | By: s/Stephanie L. Cassman (with consent)<br>   One of Defendant's Attorneys |
| Douglas M. Werman<br>Zachary C. Flowerree<br>Werman Salas P.C.<br>77 West Washington, Suite 1402<br>Chicago, Illinois 60602<br>Fax: (312) 419-1025<br>Phone: (312) 419-1008<br>Email: dwerman@flsalaw.com<br>Email: zflowerree@flsalaw.com | Stephanie L. Cassman, #22206-49<br>Dina M. Cox, #18590-49<br>Laura M. Walker, #32792-29<br>LEWIS WAGNER, LLP<br>501 Indiana Avenue, Suite 200<br>Indianapolis, Indiana 46202<br>Phone: (317) 237-0500<br>Fax: (317) 630-2790<br>Email: scassman@lewiswagner.com<br>Email: dcox@lewiswagner.com<br>Email: lwalker@lewiswagner.com |
| | *Attorneys for Defendant* |

Jamie G. Sypulski
Law Office of Jamie G. Sypulski
150 North Michigan Avenue, Suite 1000
Chicago, Illinois 60601
(312) 332-6202

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

      I hereby certify that on February 6, 2017, a copy of the foregoing **Notice of Settlement**, was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

                                                s/Douglas M. Werman
                                                One of Plaintiff's Attorneys

Douglas M. Werman
Zachary C. Flowerree
Werman Salas P.C.
77 W. Washington, Suite 1402
Chicago, Illinois 60602
(312) 419-1008

Jamie G. Sypulski
Law Office Jamie Golden Sypulski
150 N. Michigan Ave, Suite 1000
Chicago, Illinois 60601
(312) 332-6202

Attorneys for Plaintiff