UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| KIMBERLY STOKES, on behalf of herself and other persons similarly situated, known and unknown, | ) ) ) ) | |
| Plaintiff, | ) ) | 1:15-cv-01932-RLY-DKL |
| vs. | ) ) ) | |
| CONSOLIDATED WINGS INVESTMENT, LLC, | ) ) ) | |
| Defendant. | ) | |

**ORDER ON PLAINTIFF'S MOTION FOR APPROVAL OF SETTLEMENT**

Plaintiff, Kimberly Stokes, advises the court that the parties have reached an agreement to resolve this suit. She now moves for approval of the settlement. Defendant, Consolidated Wings Investment, LLC, does not oppose the motion. Having reviewed Plaintiff's submissions, the court now finds that the terms set forth in the Joint Stipulation of Settlement represent a fair and reasonable resolution of a *bona fide* dispute. Therefore, Plaintiff's Motion for Approval of Settlement (Filing No. 57) is **GRANTED**.

Plaintiff's Complaint is hereby **DISMISSED WITHOUT PREJUDICE**. Plaintiff is granted leave to reinstate her suit on or before 120 days after the first notices are sent pursuant to the terms of the settlement. In the event a motion to reinstate is not

filed by that deadline, the Complaint shall be dismissed with prejudice without further order of the court.

**SO ORDERED** this 5th day of April 2017.

                                                RICHARD L. YOUNG, JUDGE
                                                United States District Court
                                                Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.