UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KIMBERLY STOKES, on behalf of herself and other persons similarly situated, known and unknown, <br><br> Plaintiff, <br><br> vs. <br><br> CONSOLIDATED WINGS INVESTMENT, LLC, <br><br> Defendant. | 1:15-cv-01932-RLY-DKL |

### ORDER OF DISMISSAL

Consistent with the Order issued on April 5, Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE**. The Clerk is directed to close this case forthwith.

**SO ORDERED** this 14th day of August 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.